UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                  ORDER

                                                  05-CR-6081L

                    v.

DENISE STROLLO,

                        Defendant.
_____

      The defendant, Denise Strollo (14584-055), was previously sentenced by this Court and is scheduled to report to the Philadelphia Federal Detention Center, CAD-FM to commence her sentence on Tuesday, March 14, 2006. At the present time, the Court has been informed that Ms. Strollo needs to attend the First Meeting of Creditors in her Bankruptcy case on March 16, 2006. Therefore, it is hereby

      ORDERED that Denise Strollo's voluntary surrender date be extended until March 21, 2006, no later than 2:00 p.m., unless otherwise directed by the Bureau of Prisons to report at a later date or at a different institution.

      IT IS SO ORDERED.

                                               _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       March 6, 2006.

- 2 -

- 2 -